IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:25-cv-195-MEO-DCK

| | |
|---|---|
| KYLE BUSCH, Individually and as Trustee for the Samantha Lynn Busch Irrevocable Life Insurance Trust; and SAMANTHA BUSCH, Individually and as Trustee for the Kyle T. Busch Irrevocable Life Insurance Trust,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY; RODNEY A. SMITH; and RED RIVER LLC,<br><br>Defendants. | **PACIFIC LIFE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

Defendant Pacific Life Insurance Company ("Pacific Life") hereby moves to dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). Pacific Life requests dismissal for failure to state a claim upon which relief may be granted under Rule 12(b)(6) and failure to satisfy the particularity requirements of Rule 9(b). In support of this motion, Pacific Life relies upon its accompanying memorandum of law and exhibits, all of which is hereby incorporated into this motion.

Respectfully submitted, this the 22nd day of January, 2026.

[*Signatures on following page*]

/s/ Sarah Fulton Hutchins
Sarah Fulton Hutchins (NC Bar No. 38172)
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
sarahhutchins@parkerpoe.com

Andrew P. Tabeling (NC Bar No. 58243)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
andytabeling@parkerpoe.com

Markham R. Leventhal (*pro hac vice*)
CARLTON FIELDS, P.A.
1625 Eye Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
mleventhal@carltonfields.com

Todd M. Fuller (*pro hac vice*)
CARLTON FIELDS, P.A.
2 MiamiCentral, Suite 1200
700 NW 1st Avenue
Miami, Florida 33136
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
tfuller@carltonfields.com

*Counsel for Defendant*
*Pacific Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies the recipients of electronic notice.

This, the 22nd day of January, 2026.

/s/ Sarah Fulton Hutchins
Sarah Fulton Hutchins (NC Bar No. 38172)
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
sarahhutchins@parkerpoe.com