# EXHIBIT L

RECPT

PACIFIC LIFE INSURANCE COMPANY
Life Insurance Operations Center
P.O. BOX 2030 • OMAHA, NE 68103-2030
(800) 347-7787 • Fax (866) 964-4860
www.PacificLife.com

PACIFIC LIFE

# POLICY DELIVERY RECEIPT

## 1 ACKNOWLEDGMENT

| Insured's Name(s) | Policy Number(s) |
|---|---|
| KYLE T BUSCH | VF53260490 |
| **Policyowner's Name** if other than Insured | |
| KYLE T BUSCH ILIT | |

THE UNDERSIGNED POLICYOWNER STATES AS FOLLOWS:
I acknowledge receipt of the Pacific Life Insurance Company (PLIC) life insurance policy ("Policy") and accelerated death benefit disclosures, if applicable. I understand the following points:

1. Except as otherwise provided in the terms or conditions of any temporary insurance agreement, insurance coverage under the Policy takes effect when the Policy is delivered and the initial premium is paid, and:
   - only if at that time the proposed insured(s) is (are) alive, and;
   - all answers in the application are still true and complete (a copy of the application is attached to the Policy for your review).
2. Internal Revenue Code section 101(j) imposes certain duties on employers holding interests in life insurance policies. Some of these duties must be satisfied by the employer prior to the issuance of the Policy in order for death benefit proceeds to be received income tax-free.
3. I understand I must carefully review Policy provisions including the risk classification on the Policy Specifications Page(s) and the Free Look Right provided in the Policy; and all riders, amendments or endorsements attached to the Policy.
4. Policy charges begin on the Policy Date stated in the Policy Specifications Page(s) of the Policy.
5. If I am paying the initial premium on the Policy today, or previously paid the initial premium on a date that was after the Policy Date, I may be paying premiums for a period of time during which no coverage was provided under the terms of the Policy. I understand that I am not required to pay premiums for periods of time during which no coverage was provided under the terms of the Policy. I have read the information on Page 2 of this form and understand that I may ask PLIC to re-date the Policy with a Policy Date that is the same as the date I received the Policy (other than the 29th, 30th or 31st of the month) and paid the initial premium, or to the date of the initial premium payment if earlier.

## 2 RE-DATE INFORMATION

Re-dating is not available if the initial premium has already been paid and coverage has been in force from the date of payment, or if coverage was provided under a form of temporary insurance agreement. If the Policy date has been pre-determined under an employer or corporate sponsored plan, you may not be eligible to re-date this Policy. See Page 2 for additional information.

I want the Policy to be re-dated to the date of delivery. ☐ Yes ☒ No

(Note: The Policy will be re-dated to the 28th of the month if the date of delivery is the 29th, 30th, or 31st, or to the date of the initial premium payment if earlier than the delivery date.)

## 3 SIGNATURES & POLICY DELIVERY DATE

DATE OF DELIVERY 4/23/13 (Mo/Day/Year)

| Policyowner's Signature(s) and title, if Corporate owned |
|---|
| x Samantha Lynn Busch SAMANTHA BUSCH |
| Print Producer's Name: First RODNEY MI A Last SMITH |
| Producer's Signature [signature] |

PRODUCER: PROVIDE A PHOTOCOPY OF THIS SIGNED FORM TO ALL SIGNING PARTIES.

 15-23953-07 03/2012

## INSTRUCTIONS

**When to use this form:** This form is used to acknowledge receipt of a life insurance policy.

**Who must sign this form:** The signatures of the policyowner and producer are required. **CORPORATE OWNED -** One authorized officer (if a Corporation) other than the insured must sign, indicating his/her title/capacity.

**Where to send this form:** Pacific Life Insurance Company, Attn: Life Insurance Operations Center, P.O. BOX 2030, OMAHA, NE 68103-2030. Our toll free number is (800) 347-7787.

**Instructions to Producer:** This form must be dated and signed by the policyowner upon delivery of the policy. A copy must be returned to the Life Insurance Operations Center and a copy must be given to the policyowner.

## IMPORTANT INFORMATION ABOUT RE-DATING THIS LIFE INSURANCE POLICY

If you paid the initial premium for the Policy on a date that was after the Policy Date, you may be paying premiums for a period of time during which no coverage was provided under the terms of the Policy. You are not required to pay such premiums. You may ask PLIC to re-date the Policy with a new Policy Date that is the same as the date you received the Policy and paid the initial premium or to the date of the initial premium payment if earlier. If the delivery date is the 29th, 30th, or 31st of the month, the Policy will be dated and coverage will begin on the 28th of that month. If the Policy is re-dated, no premiums will be charged for any period during which coverage was not provided under the terms of the Policy and all premiums on the Policy will be calculated from the new Policy Date. There will be no coverage before the new Policy Date.

Many of the time periods specified in the Policy run from the Policy Date. For example, premium due dates, suicide and contestability periods, and surrender charge periods run from the Policy Date. Requesting that the Policy be re-dated will cause such time periods to run from the new Policy Date.

Requesting that the Policy be re-dated may cause the insured's age for insurance purposes to change and the cost of insurance rates to increase. If you have questions, ask your PLIC representative whether re-dating the Policy will cause the insured's age for insurance purposes to change and the cost of insurance to increase.

## BACKDATING A POLICY

Backdating is the process of dating a Policy earlier than the date the Policy is issued. A Policy may be backdated to provide the policyowner with a lower premium or a specific date may be chosen for other planning purposes.

If you request backdating, you will be required to pay premiums, and Policy charges will be deducted, for a period of time during which you had no coverage. You are not required to pay premiums under a life insurance Policy for a period of time during which that Policy does not provide coverage. You may wish to waive this right in order to obtain the benefits of backdating.