IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:25-cv-195-MEO-DCK

KYLE BUSCH, Individually and as Trustee for the Samantha Lynn Busch Irrevocable Life Insurance Trust; and SAMANTHA BUSCH, Individually and as Trustee for the Kyle T. Busch Irrevocable Life Insurance Trust,

      Plaintiffs,

v.

PACIFIC LIFE INSURANCE COMPANY; RODNEY A. SMITH; and RED RIVER LLC,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

**JOINT STIPULATION AND MOTION FOR
DISMISSAL WITH PREJUDICE**

---

Plaintiffs Kyle Busch and Samantha Busch, and Defendants Pacific Life Insurance Company, Rodney Smith, and Red River LLC, hereby stipulate to and move the Court for dismissal of this action with prejudice, with all parties to bear their own fees and costs.

Dated: March 13 , 2026

Respectfully submitted,

/s/Adam L. Ross
Adam L. Ross (NCSB# 31766)
Joseph H. Karam (NCSB# 54520)
Haley M. Lohr (NCSB# 56141)
JAMES MCELROY & DIEHL, P.A.
525 North Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
Email: aross@jmdlaw.com
jhkaram@jmdlaw.com
hmlohr@jmdlaw.com

*Robert G. Rikard (SC Bar License# 12340)
RP LEGAL LLC
2110 N. Beltline Blvd.
Columbia, SC 29204
Telephone: (803) 291-4764
Facsimile: (803) 978-6112
Email: rgr@rplegalgroup.com
*pro hac vice

*Counsel for Plaintiffs*
*Kyle & Samantha Busch*

/s/ Jeffrey B. Kuykendal
Jeffrey B. Kuykendal (Bar No: 37693)
MCANGUS GOUDELOCK & COURIE,
PLLC
6302 Fairview Road, Suite 700 Charlotte,
North Carolina 28210
Mailing Address: Post Office Box 30307
Charlotte, North Carolina 28230
(704) 643-6303
jeffrey.kuykendal@mgclaw.com

*Counsel for Defendants Rodney A. Smith*
*and Red River LLC*

/s/ Sarah Fulton Hutchins
Sarah Fulton Hutchins (NC Bar No. 38172)
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
sarahhutchins@parkerpoe.com

Andrew P. Tabeling (NC Bar No. 58243)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
andytabeling@parkerpoe.com

Markham R. Leventhal (*pro hac vice*)
CARLTON FIELDS, P.A.
1625 Eye Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
mleventhal@carltonfields.com

Todd M. Fuller (*pro hac vice*)
CARLTON FIELDS, P.A.
2 MiamiCentral, Suite
1200 700 NW 1st Avenue
Miami, Florida 33136
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
tfuller@carltonfields.com

*Counsel for Defendant*
*Pacific Life Insurance Company*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 13th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies the recipients of electronic notice.

/s/ Sarah Fulton Hutchins